**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

---

KIMBERLY C. IWU (and all those persons similarly situated),

                Plaintiff,

   v.

VOLUNTEERS OF AMERICA DELAWARE VALLEY, HARRY JULIAN, and ALBERT BOSHER,

                Defendants.

Civ. No. 19-15591 (RMB/AMD)


**ORDER**

---

      **THIS MATTER** comes before the Court upon a Motion to Dismiss [Dkt. No. 8], filed by Defendants Volunteers of America Delaware Valley ("VOADV"), Harry Julian, and Albert Bosher (collectively, "Defendants"), seeking the dismissal of Pro Se Plaintiff Kimberly C. Iwu's Complaint. In response to Defendants' Motion, Plaintiff filed a Motion for Default Judgment [Dkt. No. 13] and a Motion for a Temporary Restraining Order [Dkt. No. 14].

      For the reasons set forth in the corresponding Opinion of the same date,

      **IT IS,** on this **31st** day of **March 2020**, hereby

      **ORDERED** that Defendant's Motion to Dismiss [Dkt. No. 8] is **GRANTED** and Plaintiff's Complaint is **DISMISSED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment [Dkt. No. 13] and Motion for a Temporary Restraining Order [Dkt. No. 14] are both be **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE